Gardephe, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/18
```

VICTOR LOPEZ and on behalf of
all others similarly situated,

Plaintiffs,

v.

LALIQUE NORTH AMERICA, INC.

Defendant

Case No. 1:17-cv-09071 (PGG)

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE
PURSUANT TO RULE 41(a)(2)**

Pursuant to the Federal Rules of Civil Procedure 41(a)(2), Plaintiff hereby requests that the court order the dismissal of this action *with prejudice*, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement and Confidential Settlement Amount Agreement (the "Agreements") executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Agreements.

Date: March 28, 2018

Bradly Marks
The Marks Law Firm, PC
175 Varick St, 3rd Fl
New York, NY 10014
E: Brad@markslawpc.com

Attorneys for Plaintiff

Mark S. Sidoti, Esq.
**GIBBONS, P.C.**
One Pennsylvania Plaza
37th Floor
New York, New York
E-mail: msidoti@gibbonslaw.com

Attorneys for Defendants

**SO ORDERED:**

_____
HON. PAUL G. GARDEPHE, U.S.D.J.

Date: March 30, 2018

2599567.1 109012-97538